DOCKET NO. 415

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "NEO-MULL-SOY" AND/OR "CHO-FREE" BABY FORMULA PRODUCTS LIABILITY LITIGATION

ORDER DENYING TRANSFER

Because the actions listed on the following Schedule A appeared to raise common questions of fact, the Panel, pursuant to 28 U.S.C. §1407, issued an order to show cause why the actions should not be transferred to a single district for coordinated or consolidated pretrial proceedings. See Rule 8, R.P.J.P.M.L., 78 F.R.D. 561, 566-67 (1978).

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve considerable questions of fact individual to each action and that transfer of these actions to a single district pursuant to Section 1407 would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions. We note that all parties except plaintiffs in two actions before us oppose transfer; and that defendant Syntex and several plaintiffs agree, and no other party has denied, that Syntex has made an admission in the first-filed Tennessee action that reduces the common questions of fact among all actions. We also observe that defendant Syntex had demonstrated a willingness to avoid duplicative discovery among the actions. For example, Syntex and several plaintiffs have agreed to make discovery undertaken in the first-filed Tennessee action available for use in other actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the order to show cause regarding the actions listed on the following Schedule A be, and the same hereby is, VACATED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

DOCKET NO. 415
Schedule A

| | Civil Action No. |
|---|---|
| **NORTHERN DISTRICT OF GEORGIA** | |
| Jeffrey Michael Bolt, etc., et al. v. Syntex Laboratories, Inc. | C79-2054A |
| **DISTRICT OF KANSAS** | |
| Kyle R. Henry, etc., et al. v. Syntex Laboratories, Inc., et al. | 79-2223 |
| **EASTERN DISTRICT OF NEW YORK** | |
| Allison Stiegelmaier, etc., et al. v. Syntex Laboratories, Inc. | 79C-2364 |
| Michael Grey, etc., et al. v. Syntex Laboratories, Inc. | 79-3039 |
| **SOUTHERN DISTRICT OF OHIO** | |
| Amber Rose Stewart, etc. v. Syntex Laboratories, Inc. | C-1-79-573 |
| **DISTRICT OF OREGON** | |
| Joseph David Carmichael, etc., et al. v. Syntex Laboratories, Inc. | 79-1170 |
| **EASTERN DISTRICT OF PENNSYLVANIA** | |
| Tracy Lyn Kane, etc., et al. v. Syntex Laboratories, Inc. | 79-3666 |
| **EASTERN DISTRICT OF TENNESSEE** | |
| Craig McKown Brock, etc., et al. v. Syntex Laboratories, Inc. | 79-50 |
| **MIDDLE DISTRICT OF TENNESSEE** | |
| Mark Hagewood, etc., et al. v. Syntex Laboratories, Inc. | 79-3427 |
| Raymond Eric Argo, etc., et al. v. Syntex Laboratories, Inc. | 79-3426 |
| Mary Elizabeth Najar, etc., et al. v. Syntex Laboratories, Inc. | 79-3425 |
| **WESTERN DISTRICT OF TENNESSEE** | |
| Roy W. Thurmond, et al., etc. v. Syntex Laboratories, Inc. | 79-1172-M |
| Douglas A. Hill, et al. v. Syntex Laboratories | 79-2563-M |
| Mary L. Ditto, et al., etc. v. Syntex Laboratories, Inc. | 79-2642-M |

DOCKET NO. 415

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "NEO-MULL-SOY" AND/OR "CHO-FREE" BABY FORMULA PRODUCT LIABILITY LITIGATION

ORDER TO SHOW CAUSE

You and each of you are hereby ORDERED to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

Responses to this order shall conform with the requirements of Rule 8, of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 78 F.R.D. 561, 566-67.

You are further notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district courts in which said multidistrict litigation is pending. RPJPML (Rule 16).

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Acting Chairman

| | | |
|---|---|---|
| A-1 | Amber Rose Stewart, etc. v. Syntex Laboratories, Inc. | S.D.Ohio C-1-79-573 Rubin |
| A-2 | Joseph David Carmichael, etc., et al. v. Syntex Laboratories, Inc. | D. Oreg. 79-1170 Skopil |
| A-3 | Allison Stiegelmaier, etc., et al. v. Syntex Laboratories, Inc. | E.D.N.Y. 79C 2364 Weinstein |
| A-4 | Roy W. Thurmond, et al., etc. v. Syntex Laboratories, Inc., et al. | W.D.Tenn.79-1172-M McRae |
| A-5 | Douglas A. Hill, et al. v. Syntex Laboratories | W.D.Tenn.79-2563-M McRae |
| A-6 | Mary L. Ditto, et al., etc. v. Syntex Laboratories, Inc. | W.D.Tenn.79-2642-M McRae |